THE HONORABLE KYMBERLY K. EVANSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KRISTINE M. LYNCH,

        Plaintiff,

        v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

No. 2:25-cv-01378-KKE

STIPULATED MOTION AND ORDER
TO CONTINUE DEADLINES FOR
INITIAL DISCLOSURES AND JOINT
STATUS REPORT

## STIPULATION

COME NOW plaintiff Kristine M. Lynch and defendant State Farm Mutual Automobile Insurance Company (collectively, the "parties"), by and through their counsel of record, and respectfully submit this Stipulated Motion To Continue Deadlines for Initial Disclosures and Joint Status Report by two weeks.

The parties have been engaged in settlement negotiations and are nearing a settlement of the entire case. The parties previously requested and were granted a two-week extension from the original case deadlines due to their ongoing settlement negotiations. The parties have made progress toward a settlement, but still need additional time.

The parties respectfully request an additional two weeks to file their Initial Disclosures. The current deadline is September 11, 2025, and the parties request a new deadline of

STIPULATED MOTION AND ORDER TO CONTINUE
DEADLINES FOR INITIAL DISCLOSURES AND JOINT
STATUS REPORT - 1

September 25, 2025 for Initial Disclosures.  Likewise, the Joint Status Report is currently due

on September 25, 2025, and the parties request a new deadline of October 2, 2025 for the Joint

Status Report.

For the reasons set forth herein, the parties respectfully request that the Court enter an

order continuing the due date for Initial Disclosures and the Joint Status Report by two weeks,

to September 25, 2025 and October 2, 2025, respectively.

**LAW OFFICES OF STEPHEN M. HANSEN, P.S.**

**JENSEN MORSE BAKER PLLC**

*s/Stephen M. Hansen*
Stephen M. Hansen, WSBA No. 15642
Law Offices of Stephen M. Hansen, P.S.
3800 Bridgeport Way West #A, PMB 5
University Place, WA 98466
steve@stephenmhansenlaw.com
*Attorneys for Plaintiff*

*s/Vasudev N. Addanki*
Steven D. Jensen, WSBA No. 26495
Vasudev N. Addanki, WSBA No. 41055
Jensen Morse Baker PLLC
520 Pike Street, Suite 2375
Seattle, WA 98101
steve.jensen@jmblawyers.com
vasu.addanki@jmblawyers.com
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

1

<u>ORDER</u>

2

     The parties have agreed to a two-week continuance of the deadline for Initial

3

Disclosures and Joint Status Report in this matter.  Dkt. No. 13. The Court finds good cause to

4

GRANT the parties' motion (*id.*) and ORDERS that the deadline for Initial Disclosures is now

5

September 25, 2025, and the deadline to file the Joint Status Report is now October 2, 2025.

6

The deadlines previously set (Dkt. No. 12) are hereby VACATED.

7

     Dated this 10th day of September, 2025.

8

9

10

Kymberly K. Evanson
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER TO CONTINUE
DEADLINES FOR INITIAL DISCLOSURES AND JOINT
STATUS REPORT - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27