UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTINE M. LYNCH, | CASE NO. C25-1378-KKE |
| Plaintiff(s), | ORDER VACATING DEADLINES |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant(s). | |

The parties have notified the Court that they have settled this matter. Dkt. No. 15. The Court therefore VACATES the early case deadlines (Dkt. No. 14). The parties shall file dismissal paperwork no later than November 17, 2025.

Dated this 3rd day of October, 2025.

Kymberly K. Evanson
United States District Judge

ORDER VACATING DEADLINES - 1