UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KRISTINE M. LYNCH,

               Plaintiff(s),

    v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

             Defendant(s).

CASE NO. C25-1378-KKE

ORDER OF DISMISSAL

The Court GRANTS the parties' stipulated motion to dismiss.  Dkt. No. 17.  This case is hereby DISMISSED with prejudice and without an award of costs or fees.

Dated this 17th day of November, 2025.

_Kymberly K Evanson_

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1